PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PEREZ HERNANDEZ,<br><br>Defendant. | CASE NO. 1:22-CR-215-JLT<br><br>JOINT STATUS REPORT, STIPULATION AND ORDER<br><br>DATE: November 21, 2023<br>TIME: 2:00 P.M.<br>COURT: Hon. Stanley A. Boone |
|---|---|

Both parties jointly file this status report informing the court of the status of the case. Defendant David Perez Hernandez, by and through his counsel of record Ms. Laura Myers ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Arin Heinz, hereby stipulate as follows:

1. On October 27, 2023, charges were filed against Mr. Hernandez in the Superior Court of California, County of Fresno for allegations that Mr. Hernandez violated California Penal Code Section 29800(a)(1), Felon in Possession of Firearm. The allegations in the state complaint arise from the same incident alleged in the supervised release petition. Mr. Hernandez is scheduled to be arraigned on this complaint on November 30, 2023.

2. Mr. Hernandez has a status conference on November 21, 2023, in federal court for his supervised release petition.

3. The parties request to continue the status conference to December 18, 2023, to allow Mr.

1

Hernandez to be arraigned on his state complaint and seek advice of a state defense counsel regarding those charges before he appears in federal court regarding the same incident.

Dated:  November 14, 2023                                  PHILLIP A. TALBERT
                                                                                    United States Attorney

                                                                                    /s/ ARIN C. HEINZ
                                                                                    ARIN C. HEINZ
                                                                                    Assistant United States Attorney

Dated:  November 14, 2023                                  /s/ LAURA MYERS
                                                                                    LAURA MYERS
                                                                                    Counsel for Defendant
                                                                                    David Perez Hernandez

**ORDER**

The COURT HEREBY ORDERS the status conference in this case be continued to December 18, 2023.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **November 14, 2023**                           _____
                                                                                    UNITED STATES MAGISTRATE JUDGE