| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>DAVID PEREZ HERNANDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PEREZ HERNANDEZ,<br><br>Defendant. | Case No. 1:22-cr-00215-JLT<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for David Perez Hernandez, that the sentencing hearing scheduled for January 22, 2024, may be continued to January 29, 2024, at 10:00 a.m.

On October 27, 2023, Mr. Perez Hernandez made an initial appearance for an allegation of a violation of his supervised release. On December 18, 2023, he entered an admission to the charge. Sentencing was set for January 22, 2024.

The probation officer filed a dispositional memorandum at 5:00 PM on January 17, 2024. Considering defense counsel's need to review the dispositional memorandum with Mr. Perez Hernandez prior to filing a sentencing memorandum, a continuance of the sentencing hearing in this case is in the interest of justice and reflects the most judicious use of the Court's resources. This brief continuance will provide defense counsel with the necessary time to ensure that

1  Mr. Perez Hernandez is fully prepared for the hearing.

2  The parties have consulted with Mr. Perez Hernandez's probation officer, who has
3  indicated that she is available on January 29.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 18, 2024          */s/ Laura Myers*
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                DAVID PEREZ HERNANDEZ


PHILLIP A. TALBERT
United States Attorney

Date: January 18, 2024          */s/ Arin Heinz*
                                ARIN HEINZ
                                Assistant United States Attorney
                                Attorney for Plaintiff

# O R D E R

The status conference currently set for January 22, 2024, is hereby continued to January 29, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **January 18, 2024**

UNITED STATES DISTRICT JUDGE